ANNA KOSTER, Appellant, v. NICHOLAS J. SALIMENA, Respondent. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Kapper, J., dissents.

EMIL LAMBROSCHI, Respondent, v. RISING SUN FUR DRESSING Co., INC., and Others, Appellants, Impleaded with Others, Defendants.— Order denying appellants' motion to vacate and set aside service of the summons and complaint as to them and to dismiss the complaint and order granting plaintiff's motion for a temporary injunction affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

JAMES G. LO DOLCE, Respondent, v. MICHAEL FRANZ and IRVING HOLMAN, Appellants. JAMES G. LO DOLCE, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, Respondent, and IRVING HOLMAN and MICHAEL FRANZ, Appellants.*— Judgment in plaintiff's favor against defendant United States Fidelity and Guaranty Company and defendants Holman and Franz unanimously affirmed, with costs to the plaintiff. The judgment in favor of defendant United States Fidelity and Guaranty Company against defendants Holman and Franz on its cross-complaint modified by providing that the United States Fidelity and Guaranty Company be subrogated to the rights of the plaintiff against defendants Holman and Franz to the extent and for the amount, if any, of its liability to the plaintiff, and that said insurance company have judgment against defendants Holman and Franz to the extent of the sum paid to the plaintiff. As so modified, the judgment in favor of the United States Fidelity and Guaranty Company is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

JOHN LORENZ, Respondent, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 9, TOWN OF GREENBURGH, Appellant.†— Order granting summary judgment and judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper and Hagarty, JJ., concur; Lazansky, P. J., dissents; Scudder, J., not voting.

LOYAL ESTATES Co., INC., Appellant, v. MARGARET A. O'SULLIVAN, Respondent.— Judgment reversed on the law and the facts, with costs, and judgment directed in plaintiff's favor for the relief demanded in the complaint, with costs. In our opinion, the title of plaintiff's predecessors became valid under the provisions of section 137 of the Tax Law two years after the delivery of the deed. The tenant, Bachman, thereupon became the *quasi*-tenant of plaintiff's predecessor, and occupied the premises in subordination to such title, and not adversely thereto. Inconsistent findings reversed and new findings to be made in accordance therewith. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur. Settle order on notice.

DONNA MACDONOUGH, Appellant, v. JAMES MACDONOUGH, Respondent.— Judgment, and order in so far as appealed from, affirmed. No opinion. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Kapper, J., dissents and votes to reverse the judgment on defendant's counterclaim.

---

* Motion for leave to appeal denied as unnecessary, 263 N. Y. 607; affd. 264 N. Y. 564. † Affd. 264 N. Y. 591.